UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                        CASE NO. 10 B 14590
CHAPTER 13

MARCIN STACHOWSKI

JUDGE JACK B SCHMETTERER

DEBTOR                                               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SETERUS INC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 3 | 2113 221MCCAIN | $21,291.29 | $21,441.29 | $21,441.29 |
| Total Amount Paid by Trustee | | | | | $21,441.29 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-14590-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 20th day of March, 2014.

Debtor:
MARCIN STACHOWSKI
221 MCCAIN CRT
DES PLAINES, IL  60016

Attorney:
ZALUTSKY & PINSKI LTD
20 N CLARK ST # 600
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Creditor:
SETERUS INC
PO BOX 2008
GRAND RAPIDS, MI  49501-2008

Mortgage Creditor:
BANK OF AMERICAN MTG
% COUNTRYWIDE HOME LN
PO BOX 5170
SIMI VALLEY, CA  93062-5170

Mortgage Creditor:
BANK OF AMERICAN MTG
% COUNTRYWIDE HOME LN
PO BOX 5170
SIMI VALLEY, CA  93062-5170

Mortgage Creditor:
BANK OF AMERICA MORTGAGE
% PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO, IL  60602

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
% PROBER & RAPHAEL LAW CORP
20750 VENTURA BLVD #100
WOODLAND HILLS, CA  91364

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
1757 TAPO CANYON RD
MAIL STOP CA6-913-01-01
SEMI VALLEY, CA  93063

ELECTRONIC SERVICE - United States Trustee

Date:  March 20, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603